Allen Berrey SBN 119267
Law Office of Allen Berrey
1613 Washoe Circle
Bishop, CA 93514
Phone: 760-920-1399
Email: arberrey@gmail.com

Ben Williams SBN 284884
Jesse Ortiz Law
980 9th Street Suite 340
Sacramento, CA 95814
Phone: 916-443-9500
Email: ben@jesseortizlaw.com

Attorneys for Plaintiff
    YOUSSEF BOULAALAM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSEF BOULAALAM,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MONO, CALIFORNIA; MONO COUNTY SHERIFF'S SERGEANT RICHARD HAHN; MONO COUNTY SHERIFF'S DEPUTY ARTURO TORRES; IN THEIR INDIVIDUAL CAPACITIES, AND DOES 1-100, inclusive,<br><br>    Defendants. | NO. 2:14-CV-02112-MCE-EFB<br><br>STIPULATED APPLICATION FOR ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT; GRANTING DEFENDANTS THIRTY DAYS TO RESPOND THERETO; AND ALLOWING DEFENDANTS' PENDING MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT TO BE DROPPPED FROM THE COURT'S CALENDAR WITHOUT PREJUDICE TO IT BEING RESCHEDULED FOR HEARING (LOCAL RULE 144); ORDER |

　　Pursuant to Local Rule 144, the parties hereto, by and through their respective undersigned counsel, hereby stipulate as follows:

　　1. In lieu of filing a response to Defendant's pending Motion to Dismiss Portions of Plaintiff's Complaint, Plaintiff will file a first amended complaint by May 15, 2015.

Stipulated Application for Order Allowing Plaintiff to File a First Amended Complaint; Granting Defendants Thirty Days to Respond Thereto; and Allowing Defendants' Pending Motion to Dismiss Portions of Plaintiff's Complaint to be Dropped from the Court's Calendar Without Prejudice to it Being Rescheduled for Hearing (Local Rule 144); Order

1

    2. Defendants shall have thirty days after service to respond to the first amended complaint.

    3. Defendants' pending Motion to Dismiss Portions of Plaintiff's Complaint may be dropped from the Court's calendar without prejudice to Defendants' right to reschedule it for hearing in the event Plaintiff fails to file an amended complaint.

| | |
|---|---|
| Date: April 16, 2015 | Law Office of Allen Berrey |
| | By: /s/Allen Berrey |
| |     Allen Berrey |
| Date: April 16, 2015 | Jesse Ortiz Law |
| | By: /s/Ben Williams |
| | Ben Williams |
| | Attorneys for Plaintiff |
| Date: April 16, 2015 | Bolling & Gawthrop |
| | By: /s/Marjorie E. Manning |
| | Marjorie E. Manning |
| | Attorneys for Defendants |

**ORDER**

    Pursuant to the parties' stipulation:

    1. In lieu of filing a response to Defendant's pending Motion to Dismiss Portions of Plaintiff's Complaint, Plaintiff will file a first amended complaint by May 15, 2015.

    2. Defendants shall have thirty days after service to respond to the first amended complaint.

    3. Defendants' pending Motion to Dismiss Portions of Plaintiff's Complaint is be dropped from the Court's calendar without prejudice to Defendants' right to reschedule it for hearing in the event Plaintiff fails to file an amended complaint.

Stipulated Application for Order Allowing Plaintiff to File a First Amended Complaint; Granting Defendants Thirty Days to Respond Thereto; and Allowing Defendants' Pending Motion to Dismiss Portions of Plaintiff's Complaint to be Dropped from the Court's Calendar Without Prejudice to it Being Rescheduled for Hearing (Local Rule 144); Order

4.  The hearing on Defendants' Motion to Dismiss, currently scheduled for May 15, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: April 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

Stipulated Application for Order Allowing Plaintiff to File a First Amended Complaint; Granting Defendants Thirty Days to Respond Thereto; and Allowing Defendants' Pending Motion to Dismiss Portions of Plaintiff's Complaint to be Dropped from the Court's Calendar Without Prejudice to it Being Rescheduled for Hearing (Local Rule 144); Order