Allen Berrey (SBN 119267)
Law Office of Allen Berrey
1613 Washoe Circle
Bishop, CA 93514
Phone: 760-920-1399
Email: arberrey@gmail.com

Ben Williams (SBN 284884)
Law Offices of Benjamin A. Williams
901 H Street, Suite 307
Sacramento, CA 95814
Phone: 916-905-4160
Email: benwilliamslegal@gmail.com

Attorneys for Plaintiff
    YOUSSEF BOULAALAM

Marjorie E. Manning (SBN 118643)
Bolling & Gawthrop
8880 Cal Center Drive, Suite 190
Sacramento, CA 95826
Phone: 916-369-0777
Email: mem@bwg-inc.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSEF BOULAALAM,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MONO, CALIFORNIA; MONO COUNTY SHERIFF'S SERGEANT RICHARD HAHN; MONO COUNTY SHERIFF'S DEPUTY ARTURO TORRES; IN THEIR INDIVIDUAL CAPACITIES, AND DOES 1-100, inclusive,<br><br>    Defendants. | NO. 2:14-CV-02112-MCE-EFB<br><br>**NOTICE OF SETTLEMENT; STIPULATION RELIEVING DEFENDANTS OF NEED TO RESPOND TO FIRST AMENDED COMPLAINT PENDING DISMISSAL OF ACTION PURSUANT TO SETTLEMENT; ORDER [LOCAL RULES 143 AND 160]** |

---

Notice of Settlement; Stipulation Relieving Defendants of Need to Respond to First Amended Complaint Pending Dismissal of Action Pursuant to Settlement; Order [Local Rules 143 and 160]

1

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 160, the parties hereby notify the Court that they have reached a settlement; in part it requires Plaintiff to dismiss his action with prejudice in its entirety against all Defendants, and provides that Plaintiff and Defendants shall bear their own costs, fees, and expenses. To effectuate that aspect of the settlement and in disposition of this matter the parties intend to and will file, in addition to such documents as the Court may direct, a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii).

                                                Respectfully submitted,

Date: June 3, 2015                  Law Office of Allen Berrey

                                    By:/s/Allen Berrey
                                        Allen Berrey

Date: June 3, 2015                  Law Office of Benjamin A. Williams

                                    By:/s/Ben Williams
                                      Ben Williams

                                    Attorneys for Plaintiff

Date: June 3, 2015                  Bolling & Gawthrop

                                    By:/s/Marjorie E. Manning
                                      Marjorie E. Manning

                                    Attorneys for Defendants

**STIPULATION RELIEVING DEFENDANTS OF NEED TO RESPOND TO FIRST AMENDED COMPLAINT PENDING DISMISSAL OF ACTION PURSUANT TO SETTLEMENT**

By their respective counsel the parties stipulate as follows:

1. Plaintiff filed his first amended complaint on May 15, 2015; Defendants were simultaneously served therewith and have thirty days to respond thereto.

Notice of Settlement; Stipulation Relieving Defendants of Need to Respond to First Amended Complaint Pending Dismissal of Action Pursuant to Settlement; Order [Local Rules 143 and 160]

2

2. Subsequent to Plaintiff filing that first amended complaint the parties settled this matter. Pursuant to that settlement, Plaintiff will dismiss this action with prejudice; to do so, the parties will execute and file a Stipulation of Voluntary Dismissal in accordance with Rule 41(a)(1)(ii).

3. The parties agree that Defendants need not respond to Plaintiff's first amended complaint pending their filing the Stipulation of Voluntary Dismissal and the Court's dismissal of this action pursuant thereto.

Date:  June 3, 2015          Law Office of Allen Berrey

                             By: /s/ Allen Berrey
                             Allen Berrey

Date: June 3, 2015           Law Office of Benjamin A. Williams

                             By: /s/ Ben Williams
                             Ben Williams

                             Attorneys for Plaintiff

Date: June 3, 2015           Bolling & Gawthrop

                             By: /s/ Marjorie E. Manning
                             Marjorie E. Manning

                             Attorneys for Defendants

Notice of Settlement; Stipulation Relieving Defendants of Need to Respond to First Amended Complaint Pending Dismissal of Action Pursuant to Settlement; Order [Local Rules 143 and 160]

3

**ORDER**

Pursuant to the parties' stipulation, the Court determines that this case is settled. Accordingly, Defendants need not respond to Plaintiff's first amended complaint pending the filing of the dispositional documents.  In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before June 19, 2015.  Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

**Dated:  June 3, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Notice of Settlement; Stipulation Relieving Defendants of Need to Respond to First Amended Complaint Pending Dismissal of Action Pursuant to Settlement; Order [Local Rules 143 and 160]

4