UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YOUSSEF BOULAALAM, | No. 2:14-cv-02112-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF MONO, et al., | |
| Defendants. | |

The Court is in receipt of the parties' stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 17.  The Court determines that this case is DISMISSED.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 22, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT